| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Rodney L. Brown Jr.** | Social Security number or ITIN | **xxx−xx−6554** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kayla M. Ritenour−Brown** | Social Security number or ITIN | **xxx−xx−2206** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **21−20130−TPA** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rodney L. Brown Jr.

Kayla M. Ritenour−Brown
aka Kayla M. Ritenour, aka Kayla M. Brown

5/5/21

**By the court:**   Thomas P. Agresti
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20130-TPA |
| Rodney L. Brown, Jr. | Chapter 7 |
| Kayla M. Ritenour-Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 05, 2021 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney L. Brown, Jr., P.O. Box 117, Melcroft, PA 15462-0117 |
| jdb | + | Kayla M. Ritenour-Brown, 201 Mill Run Road, Normalville, PA 15469-1029 |
| 15332062 | + | ADS/Comenity/DNT First, PO Box 182120, Columbus, OH 43218-2120 |
| 15332066 | | ARS National Service Inc., PO Box 4691046, Escondido, CA 92046-9046 |
| 15332064 | + | Anne M Petrop DBA PA Specialist, PO Box 427, Ligonier, PA 15658-0427 |
| 15332065 | + | Anon Edge Insurance Agency Inc., PO Box 7822, Kalispell, MT 59904-0822 |
| 15332073 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15332069 | | Capital One Bank (USA), N.A., c/o Law Offices of Hayt, Hayt, & Landau,, Robert W. Cusick, Esquire, 123 S. Broad Street Suite 1660, Philadelphia, PA 19109-1003 |
| 15332070 | | Capital One Bank USA NA, P.O.Box 302815, Salt Lake City, UT 84130 |
| 15332072 | | Capital One/Neiman Marcus, 520 W Parkland Drive, Sandy, UT 84070 |
| 15332076 | | Collections Professionals, Inc., 723 First Street, La Salle, IL 61301-2535 |
| 15332082 | | Emergency Solutions Highlands Inc, 401 E Murphy Ave, Connellsville, PA 15425-2724 |
| 15332084 | | Excela Health-Hospital PP, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15332083 | | Excela Health-Hospital PP, PO Box 645677, Ste 2400, Pittsburgh, PA 15264-5254 |
| 15332085 | + | Frick Hospital, 508 S. Church St., Mt. Pleasant, PA 15666-1790 |
| 15332086 | + | Highlands Hospital, 401 East Murphy Ave., Connellsville, PA 15425-2700 |
| 15332087 | + | Honorable Ronald J. Haggerty, 404 South Pittsburgh Street, Connellsville, PA 15425-4005 |
| 15332090 | | Latrobe Area Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15332093 | + | MRS Associates, Inc, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 15332092 | + | Midland Credit Management Inc., 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 15332096 | | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15332098 | + | Southeran CR Adjusters In, 2420 Professional, Rocky Mount, NC 27804-2253 |
| 15332099 | + | Southern CR Adjusters In, 2420 Professional, Rocky Mount, NC 27804-2253 |
| 15332103 | + | The Bureaus, 650 Dundee Rd 370, Northbrook, IL 60062-2757 |
| 15332105 | + | Westmoreland EM MED Specialists PC, PO Box 1348, Indiana, PA 15701-5348 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 06 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2021 01:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 06 2021 03:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2021 01:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 21-20130-TPA  Doc 16  Filed 05/07/21  Entered 05/08/21 00:41:00  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 318 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 06 2021 03:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332063 | + | Email/Text: backoffice@affirm.com | May 06 2021 01:20:00 | Affirm, 650 California St., Fl 12, San Francisco, CA 94108-2716 |
| 15332067 | + | EDI: CITICORP.COM | May 06 2021 03:03:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15332075 | + | EDI: WFNNB.COM | May 06 2021 03:03:00 | CCB/Dntlfrst, PO Box 182120, Columbus, OH 43218-2120 |
| 15332068 | | EDI: CAPITALONE.COM | May 06 2021 03:03:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15332071 | | EDI: CAPITALONE.COM | May 06 2021 03:03:00 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 15332077 | | EDI: WFNNB.COM | May 06 2021 03:03:00 | Comenity Bank/PttryBrn, Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15332078 | | EDI: WFNNB.COM | May 06 2021 03:03:00 | Comenity Bank/Torrid, Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15332079 | + | EDI: WFNNB.COM | May 06 2021 03:03:00 | Comenity Bank/Victoria'secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15332080 | + | EDI: WFNNB.COM | May 06 2021 03:03:00 | ComenityCapita/Dental First, PO Box 182120, Columbus, OH 43218-2120 |
| 15332081 | + | EDI: CCUSA.COM | May 06 2021 03:03:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15332088 | | EDI: JEFFERSONCAP.COM | May 06 2021 03:03:00 | Jefferson Capital Systems, 16 McLeland Road, St. Cloud, MN 56303 |
| 15332089 | | EDI: JPMORGANCHASE | May 06 2021 03:03:00 | JPMorgan Chase Bank N A, Bankruptcy Mail Intake Team, 700 Kansas Lane, Floor 01, Monroe, LA 71203-4774 |
| 15332091 | | EDI: RMSC.COM | May 06 2021 03:03:00 | Levin-Wolf Furniture/SYNCB, P.O. Box 965033, Orlando, FL 32896-5033 |
| 15332094 | + | Email/Text: bnc@nordstrom.com | May 06 2021 01:18:28 | Nordstrom TDBank USA, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 15332095 | | Email/Text: Bankruptcy.Notices@pnc.com | May 06 2021 01:18:00 | PNC Bank, Centralized Customer Assistance Team, MS P5-PCLC-01-E, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15332100 | + | EDI: RMSC.COM | May 06 2021 03:03:00 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 15332097 | + | EDI: SECONDROUND.COM | May 06 2021 03:03:00 | Second Round Sub, LP, P.O. Box 41955, Austin, TX 78704-0033 |
| 15332101 | | EDI: RMSC.COM | May 06 2021 03:03:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15332221 | + | EDI: RMSC.COM | May 06 2021 03:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332102 | | EDI: RMSC.COM | May 06 2021 03:03:00 | Synchrony Bank/JCPenney, P.O.Box 965007, Orlando, FL 32896-0090 |
| 15332104 | + | Email/Text: BankruptcyNotice@upmc.edu | May 06 2021 01:19:00 | UPMC Health Plan, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-6609 |

TOTAL: 26

# BYPASSED RECIPIENTS

Case 21-20130-TPA    Doc 16    Filed 05/07/21    Entered 05/08/21 00:41:00    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 318 | Total Noticed: 49 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| 15332074 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Joint Debtor Kayla M. Ritenour-Brown amoody@moodylawoffices.com  moodyar81455@notify.bestcase.com |
| Anthony M. Moody | on behalf of Debtor Rodney L. Brown Jr. amoody@moodylawoffices.com, moodyar81455@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust Series 2006-FF7,, Mortgage Pass-Through Certificates, Series 200 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 5